IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>FRANK WILLIAM MCINTYRE<br><br>Debtor. | Case No. 19-15069 MER<br><br>Chapter 13 |
| FRANK MCINTYRE<br><br>Plaintiff.<br><br>v.<br><br>DENNIS FANGMAN, KEN OLSON, SOL ENERGY, LLC, CHARLES WILLMAN, and DAVID MCCONAUGHY<br><br>Defendants. | Adv. Case No. 19-1245 MER |

## **ORDER**

THIS MATTER comes before the Court on a review of the multitude of filings in the instant matter.

On August 20, 2019, Plaintiff Frank McIntyre ("**Plaintiff**"), acting *pro se*, initiated this proceeding by filing the Adversary Complaint and Objection to Claims of SoL Energy and Ken Olson,[1] asserting sixteen claims for relief against Defendants Dennis Fangman ("**Defendant Fangman**"), Ken Olson ("**Defendant Olson**"), SoL Energy, LLC ("**Defendant Energy LLC**"), Charles Willman ("**Defendant Willman**"), and David McConaughy ("**Defendant McConaughy**" and, collectively "**Defendants**").  Defendant Fangman filed an Answer to the Complaint on September 30, 2019,[2] while the remaining defendants moved for dismissal of the claims asserted against them.[3]  Since the dismissal motions were filed, no more than a week has passed without additional filings from the Plaintiff or any one of the Defendants.  The Court has reviewed the docket in this matter and notes the following matters remain pending:

---

[1] ECF No. 1 ("**Complaint**").

[2] ECF No. 19.

[3] *See* ECF No. 18 (filed by Defendants Olson, Energy LLC and McConaughy) and ECF No. 20 (filed by Defendant Willman).

1. Motion to Dismiss Adversary Proceeding Complaint filed by Defendants Energy LLC, Olson, and McConaughy on September 24, 2019[4]; Plaintiff's Response thereto filed October 7, 2019[5]; Defendants Energy LLC, Olson, and McConaughy's Reply thereto filed October 11, 2019[6]; and Plaintiff's Sur-Reply thereto filed November 5, 2019[7]

2. Motion to Dismiss Charles H. Willman as Defendant and Claims Against Charles H. Willman filed by Defendant Willman on October 4, 2019[8]; Plaintiff's Corrected Response thereto filed October 29, 2019[9]; Defendant Willman's Reply thereto filed November 4, 2019[10]; and Plaintiff's Sur-Reply thereto filed November 5, 2019[11]

3. Second Motion for Leave to File First Amended Adversary Complaint filed by Plaintiff on November 3, 2019[12]; Defendants Energy LLC, Olson, and McConaughy's Objection thereto filed November 12, 2019[13]; Defendant Willman's Objection thereto filed November 18, 2019[14]; and Plaintiff's Reply thereto filed November 26, 2019[15]

4. Motion for Partial Summary Judgment Against Dennis Fangman filed by Plaintiff on November 9, 2019[16]; and Defendant Fangman's Response thereto filed November 27, 2019[17]

---

[4] ECF No. 18 ("**Energy Motion to Dismiss**").

[5] ECF No. 21.

[6] ECF No. 22.

[7] ECF No. 36.  The Court notes Plaintiff filed a consolidated sur-reply to the Energy Motion to Dismiss and the Willman Motion to Dismiss.

[8] ECF No. 20 ("**Willman Motion to Dismiss**").

[9] ECF No. 30.

[10] ECF No. 34.

[11] ECF No. 36.

[12] ECF No. 33 ("**Motion to Amend**").

[13] ECF No. 38.

[14] ECF No. 39.

[15] ECF No. 45.

[16] ECF No. 37 ("**Fangman Summary Judgment Motion**").

[17] EF No. 46.

5. Motion for Partial Summary Judgment Against Ken Olson and SoL Energy filed by Plaintiff on November 18, 2019[18]

6. Motion for Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment against Ken Olson and SoL Energy filed by Defendants Olson and Energy, LLC on November 26, 2019[19]; and Plaintiff's Response thereto filed November 26, 2019[20]

In order to effectively consider the matters before the Court and promote judicial economy, the Court finds it necessary to order as follows:

1. Any further filings with respect to the Energy Motion to Dismiss, Willman Motion to Dismiss, and Motion to Amend shall be filed on or before **December 13, 2019**. No further filings with respect to these matters will be permitted after this date.

2. The Fangman Motion for Summary Judgment Motion and Energy Summary Judgment Motions are STAYED until further order of the Court and no further filings with respect to such motions shall be permitted at this time.

3. The Motion for Extension is GRANTED insofar as Defendants Olson and Energy LLC are under no obligation to file a response to the Energy Summary Judgment Motion until further Order of this Court.

With limited and extraordinary exception, no other matters will be considered by the Court while the Energy Motion to Dismiss, Willman Motion to Dismiss, and Motion to Amend are under advisement.

Dated December 3, 2019            BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[18] ECF No. 40 ("**Energy Summary Judgment Motion**").

[19] ECF No. 42 ("**Motion for Extension**").

[20] ECF No. 44.